UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IGNACIO COBOS,<br><br>                Petitioner,<br><br>  vs.<br><br>ATTORNEY GENERAL,<br><br>                Respondent. | NO.  CV-07-5008-EFS<br><br>**ORDER GRANTING MOTION AND DISMISSING ACTION WITHOUT PREJUDICE** |

    BEFORE THE COURT, without oral argument, is Petitioner's Motion for Voluntary Dismissal (Ct. Rec 17) which Petitioner noted for hearing without oral argument on August 20, 2007.  The Motion was heard on the date signed below. Petitioner indicates he did not exhaust his state court remedies prior to filing the present habeas action.  He asks the court to allow him to voluntarily dismiss/withdraw his petition. Respondent has not been served in this action.  Accordingly, **IT IS ORDERED** Petitioner's Motion for Voluntary Dismissal **(Ct. Rec. 17)** is **GRANTED** and this action is **DISMISSED without prejudice** under Fed. R. Civ. P. 41(a).

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner and close the file.

    **DATED** this   20th   day of August 2007.

                                             S/ Edward F. Shea
                                             EDWARD F. SHEA
                               UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION AND DISMISSING ACTION WITHOUT PREJUDICE -- 1